UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOE H. BRYANT, JR.                                                                       PLAINTIFF

v                                                                    CAUSE NO: 3:05-cv-179 TSL

MISSISSIPPI MILITARY DEPARTMENT et al                                         DEFENDANT

ANSWER TO AMENDED COMPLAINT

The defendant Earl Pierce hereby answers the allegations made against him in the amended complaint as follows:

1. Denied.

2. Admitted.

3. The allegations in this paragraph relate to other defendants and do not require Earl Pierce to admit or deny any allegation.

4. The allegations in this paragraph relate to other defendants and do not require Earl Pierce to admit or deny any allegation.

5. The allegations in this paragraph relate to other defendants and do not require Earl Pierce to admit or deny any allegation.

6. The allegations in this paragraph relate to other defendants and do not require Earl Pierce to admit or deny any allegation.

7. The allegations in this paragraph relate to other defendants and do not require Earl Pierce to admit or deny any allegation.

8. The allegations in this paragraph relate to other defendants and do not require Earl Pierce to admit or deny any allegation.

9. The allegations in this paragraph relate to other defendants and do not require Earl Pierce to admit or deny any allegation.

10. The allegations in this paragraph relate to other defendants and do not require Earl Pierce to admit or deny any allegation.

11. The allegations in this paragraph relate to other defendants and do not require Earl Pierce to admit or deny any allegation.

12. The defendant admits that he is a resident of Union, Mississippi, and that he is a commissioned officer in the Mississippi Air National Guard.  All other allegations of paragraph 12 are denied.

13. The allegations in this paragraph relate to other defendants and do not require Earl Pierce to admit or deny any allegation.

14. The allegations in this paragraph relate to other defendants and do not require Earl Pierce to admit or deny any allegation.

15. The allegations in this paragraph relate to other defendants and do not require Earl Pierce to admit or deny any allegation.

16. The allegations in this paragraph relate to other defendants and do not require Earl Pierce to admit or deny any allegation.

17. The allegations in this paragraph relate to other defendants and do not require Earl Pierce to admit or deny any allegation.

18.  Denied.

19.  Denied.

20.  The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

21. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

22. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

23. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

24. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

25. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

26. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

27. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

28. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

29. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

30. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

31. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

32. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

33. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

34. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

35. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

36. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

37. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

38. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

39. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

40. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

41. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

42. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

43. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

44. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

45. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

46. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

47. The defendant Earl Pierce cannot admit or deny these allegations and therefore denies them.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

74. Denied.

75. Denied.

76. Denied.

77. Denied.

78. Denied.

79. The defendant Pierce denies that the plaintiff is entitled to any of the relief requested in his demand for relief.

## AFFIRMATIVE DEFENSES

Now having fully answered all of the allegations made against him, the defendant Pierce asserts the following affirmative defense.

80. The complaint fails to state a claim upon which relief can be granted.

Dated:  December 28, 2005.

>Respectfully submitted,
>
>*/s/ Michael Farrell*
>Michael Farrell, MSB No. 5147
>Mitchell, McNutt & Sams, P.A.
>111 East Capitol Street, Suite 290
>P. O. Box 3647
>Jackson, MS 39207-3647
>Tel. No.:  601-948-8508
>Fax No.:  601-948-8537

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on 12/28/05 I have electronically filed a true and correct copy of the foregoing pleading with the Clerk of the Court using the ECF system which sent notification to such filing to the following:

>Paul Koerber
>P. O. Box 12805
>Jackson, Ms 39236-2805
>psaklaw@aol.com
>
>Wayne E. Ferrell Jr.
>P. O. Box 24448
>Jackson, MS 39225-4448
>wferrell@airlawonline.com
>
>Barney Robinson
>Butler Snow O'Mara Stevens & Cannada
>P. O. Box 22567
>Jackson, MS 39225-2567
>baryne.robinson@butlersnow.com
>
>J. Stewart Parrish
>Parrish & Malta
>823 22nd Avenue
>Meridian, MS 39301
>stewart@jstewartparrish.com

       Robert J. Bresnahan
       P. O. Box 826
       Meridian, MS 39302-0826
       rbres@bellsouth.net

       Greg Malta
       Chamberlain, Hrdlicka, White, Williams & Martin
       1200 Smith Street, Suite 1400
       Houston, Texas 77002

                                      /s/ Michael Farrell
                                      Michael Farrell