IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JOE H. BRYANT, JR.**                                                                                          **PLAINTIFF**

**VS.**                                                               **CIVIL ACTION NO. 3:05CV179LS**

**MILITARY DEPARTMENT OF THE STATE**
**OF MISSISSIPPI, FRANKLIN E. CHALK,**
**FREDERICK D. FEINSTEIN, ROY A. GRAHAM,**
**BILLY JOE GRESSETT, DONALD E. JONES,**
**LANGFORD L. KNIGHT, F. GREGORY MALTA,**
**WILLIAM F. PARTEN, ROBERT E. PIERCE,**
**ROGER E. SHIRLEY, CHARLES F. STEED,**
**AARON K. WILSON and THOMAS TEMPLE**                                        **DEFENDANTS**

## ORDER

This matter came before the court on the Plaintiff's Motion for Protective Order and to Compel and the Defendants' Motion in Limine to Strike Plaintiff's Designation of Glenda B. Glover, Ph.D., J.D., C.P.A. as an Expert, which the court has reviewed and construed as a discovery motion. The court has further been notified that the Plaintiff has withdrawn Dr. Glover as an expert; therefore, the second Motion is moot.

The basis of the first Motion is the notice from the Defendants to take the Plaintiff's deposition, which the Plaintiff opposes because he has been deposed in other matters related to this case. On this date, District Judge Tom S. Lee entered an Order consolidating all of the related cases and staying discovery in this matter, pending the holding of a new Case Management Conference and the entry of a new Case Management Plan Order. Therefore, this Motion is also moot.

IT IS, THEREFORE, ORDERED that the Plaintiff's Motion for Protective Order and to Compel and the Defendants' Motion in Limine to Strike Plaintiff's Designation of Glenda B. Glover, Ph.D., J.D., C.P.A. as an Expert are hereby found to be **moot**.

IT IS SO ORDERED, this the 6th day of April, 2006.

                 S/James C. Sumner
              UNITED STATES MAGISTRATE JUDGE