UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOE H. BRYANT, JR.                                                                                    PLAINTIFF

v.                                                                                    CAUSE NO: 3:05-cv-179 TSL

MISSISSIPPI MILITARY DEPARTMENT, et al.                                              DEFENDANTS

## MOTION FOR TIME

The defendants (with the exception of Greg Malta, who represents himself *pro se*) move the Court for a two day extension of time until Wednesday, April 11, 2007, to file their reply brief in support of their Motion for Summary Judgment. Document 171. The rebuttal brief is due today, April 9, 2007. The undersigned was out of town over the Easter holiday and has been unable to complete the reply brief.

For the above reasons, the defendants move the Court for an extension of time until Wednesday, April 11, 2007, to submit their reply brief.

Respectfully submitted,

*/s/ Michael Farrell*_____
Michael Farrell

CERTIFICATE OF SERVICE

       I certify that on 4/9/07, I filed a copy of the above document with the clerk using the ECF system which should have sent notification to the following counsel:

Paul Koerber
P. O. Box 12805
Jackson, Ms 39236-2805
psaklaw@aol.com

Wayne E. Ferrell Jr.
P. O. Box 24448
Jackson, MS 39225-4448
wferrell@airlawonline.com

J. Stewart Parrish
Parrish & Malta
823 22nd Avenue
Meridian, MS 39301
stewart@jstewartparrish.com

Greg Malta
1906 West Alabama Street
Houston, TX  77098

                                */s/ Michael Farrell*_____
                                Michael Farrell