IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOE H. BRYANT, JR.                                                                                         PLAINTIFF

v.                                                          CIVIL ACTION NO.  3:05cv179-TSL-FKB

MILITARY DEPARTMENT OF THE
STATE OF MISSISSIPPI, BY AND THROUGH
THE MISSISSIPPI AIR NATIONAL GUARD, FRANKLIN E.
CHALK, FREDERICK D. FEINSTEIN, ROY A.
GRAHAM, BILLY JOE GRESSETT, DONALD E.
JONES, LANGFORD L. KNIGHT, F. GREGORY
MALTA, WILLIAM F. PARTEN, ROBERT E.
PIERCE, ROGER E. SHIRLEY, CHARLES F. STEED,
AARON K. WILSON and THOMAS TEMPLE; and
JOHN DOES 1-20                                                                                          DEFENDANTS

## SUGGESTION FOR WRIT OF GARNISHMENT

Judgment Creditor "Military Department of the State of Mississippi, by and through the Mississippi Air National Guard," [sic] properly known as Mississippi Air National Guard (the "Guard"), respectfully shows that on September 14, 2010 a [347] Final Judgment for Costs in Favor of Mississippi Air National Guard (the "Judgment") was entered in the above referenced case in the sum of one hundred forty seven and 45/100s dollars ($147.45) in favor of Judgment the Guard ("Garnishor") against COL (ret.) Joe H. Bryant Jr. ("Judgment Debtor").  The Judgment was duly enrolled in the records of the Clerk of the United States District Court for the Southern District of Mississippi, Jackson Division.  The entire amount due under the Judgment remains due and unpaid, has never been assigned by Garnishor to anyone, and execution may be duly issued on the Judgment.

1

The Garnishor hereby suggests that Federal Express Corporation is indebted to or has the effects or property of Judgment Debtor, in its possession, or knows of some other person who is indebted to Judgment Debtor, or who has effects or property of Judgment Debtor, in its possession.

The Garnishor, therefore, requests the issuance of a writ of garnishment to Federal Express Corporation (the "Garnishee"), to answer the following questions, under oath and in writing, within thirty (30) days from the date of the service of the Writ of Garnishment, and to deliver or mail within that time a copy of the answer to the Garnishor's Judge Advocate counsel, Lieutenant Colonel E. Barney Robinson III, Deputy Joint Staff Judge Advocate, Joint Force Headquarters, Mississippi National Guard, Post Office Box 6010, Ridgeland, Mississippi 39158-6010.

First – Whether Federal Express Corporation (the "Garnishee") is indebted to Joe H. Bryant Jr. (the "Judgment Debtor"), or was so indebted at the time of the service of the writ on it, or has at any time since been so indebted; and, if so indebted, in what sum, whether due or not, and when due or to become due, and how the debt is evidenced, and what interest it bears.

Second - What effects of Judgment Debtor the Garnishee has or had at the time of the service of the writ on it, or has had since, in its possession or under its control.

Third - Whether the Garnishee knows or believes that any other person is indebted to Judgment Debtor; and if so, whom, and in what amount, and where such person or entity resides.

Fourth - Whether the Garnishee knows or believes that any other person or entity has effects of Judgment Debtor, in its possession or under its control; and, if so, whom and where such person or entity resides.

This the 5th day of October, 2010.

                        Respectfully submitted,

                        MISSISSIPPI AIR NATIONAL GUARD

            By:    s/*E. Barney Robinson III* (MSB #09432)
                     E. Barney Robinson III (MSB #09432)

                      ITS JUDGE ADVOCATE COUNSEL

OF COUNSEL:

E. Barney Robinson III (MSB #9432)
LTC, JA, MSARNG
Deputy Joint Staff Judge Advocate
Joint Force Headquarters
200 Renaissance at Colony Park, Suite 1400
1020 Highland Colony Parkway (39157)
Post Office Box 6010
Ridgeland, MS 39158-6010
(P) (601) 948-5711
(F) (601) 985-4500
(E) barney.robinson@us.army.mil

**CERTIFICATE OF SERVICE**

    I, LTC E. Barney Robinson III, Deputy Joint Staff Judge Advocate, Joint Force Headquarters, Mississippi National Guard and Judge Advocate counsel for Judgment Creditor Mississippi Air National Guard, do certify that I have this day caused a true and correct copy of the foregoing instrument to be delivered to the following, via the means directed by the United States District Court CM/ECF System:

    Paul A. Koerber (MSB #4239)
    Koerber Law Firm, PLLC
    Post Office Box 12805
    Jackson, MS  39236-2805

    ATTORNEY FOR JUDGMENT DEBTOR COL JOE H. BRYANT, JR.

    Jay Max Kilpatrick, Esquire
    Robert L. Wells, Esquire
    YOUNG, WILLIAMS, HENDERSON & FUSELIER
    P.O. Box 23059
    Jackson, MS 39225-3059

    ATTORNEYS FOR DEFENDANTS FRANKLIN E. CHALK, FREDERICK D. FEINSTEIN, ROY A. GRAHAM, BILLY JOE GRESSETT, DONALD E. JONES, LANGFORD L. KNIGHT, WILLIAM F. PARTEN, ROBERT E. PIERCE, ROGER E. SHIRLEY, CHARLES F. STEED, AARON K. WILSON and THOMAS TEMPLE

    LTC F. Gregory Malta
    CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & MARTIN
    1200 Smith Street, Suite 1400
    Houston, TX 77002

    DEFENDANT PRO SE

This the 5th day of October, 2010.

        By:    s/*E. Barney Robinson III* (MSB #09432)
                    E. Barney Robinson III (MSB #09432)

              JUDGE ADVOCATE COUNSEL