IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOE H. BRYANT, JR.                                                                              PLAINTIFF

v.                                                              CIVIL ACTION NO.  3:05cv179-TSL-FKB

MILITARY DEPARTMENT OF THE
STATE OF MISSISSIPPI, BY AND THROUGH
THE MISSISSIPPI AIR NATIONAL GUARD, FRANKLIN E.
CHALK, FREDERICK D. FEINSTEIN, ROY A.
GRAHAM, BILLY JOE GRESSETT, DONALD E.
JONES, LANGFORD L. KNIGHT, F. GREGORY
MALTA, WILLIAM F. PARTEN, ROBERT E.
PIERCE, ROGER E. SHIRLEY, CHARLES F. STEED,
AARON K. WILSON and THOMAS TEMPLE; and
JOHN DOES 1-20                                                                                DEFENDANTS

**NOTICE OF VOLUNTARY WITHDRAWAL-DISMISSAL OF
WRIT OF GARNISHMENT TO FEDERAL EXPRESS CORPORATION**

TO:  Federal Express Corporation
     c/o CT Corporation System
     645 Lakeland East Drive
     Suite 101
     Flowood, Mississippi 39232

     GARNISHEE DEFENDANT

You are hereby notified that pursuant to applicable law, including, Fed. R. Civ. P. 41(a)(1)(A)(i), Judgment Creditor "Military Department of the State of Mississippi, by and through the Mississippi Air National Guard," [sic] properly known as Mississippi Air National Guard (the "Guard"), hereby withdraws and dismisses the October 5, 2010 [351] Writ of Garnishment  in the sum of one hundred forty seven and 45/100s dollars ($147.45) directed to Garnishee Defendant Federal Express Corporation, as the September 14, 2010 a [347] Final Judgment for Costs in Favor of Mississippi Air National Guard that was entered in the above

1

referenced case, has been paid in full by and on behalf Judgment Debtor COL (ret.) Joe H. Bryant Jr., to the satisfaction of Judgment Creditor the Guard.

This the 15th day of October, 2010.

        Respectfully submitted,

        MISSISSIPPI AIR NATIONAL GUARD


By:   s/*E. Barney Robinson III* (MSB #09432)
       E. Barney Robinson III (MSB #09432)

       ITS JUDGE ADVOCATE COUNSEL

OF COUNSEL:

E. Barney Robinson III (MSB #9432)
LTC, JA, MSARNG
Deputy Joint Staff Judge Advocate
Joint Force Headquarters
200 Renaissance at Colony Park, Suite 1400
1020 Highland Colony Parkway (39157)
Post Office Box 6010
Ridgeland, MS 39158-6010
(P) (601) 948-5711
(F) (601) 985-4500
(E) barney.robinson@us.army.mil

2

**CERTIFICATE OF SERVICE**

    I, LTC E. Barney Robinson III, Deputy Joint Staff Judge Advocate, Joint Force Headquarters, Mississippi National Guard and Judge Advocate counsel for Judgment Creditor Mississippi Air National Guard, do certify that I have this day caused a true and correct copy of the foregoing instrument to be delivered to the following, via the means directed by the United States District Court CM/ECF System and as otherwise specified below:

    Paul A. Koerber
    Koerber Law Firm, PLLC
    Post Office Box 12805
    Jackson, MS  39236-2805

    Wayne E. Ferrell Jr.
    Wayne E. Ferrell Jr., Attorney
    Post Office Box 24448
    Jackson, MS  39225-4448

    ATTORNEYS FOR JUDGMENT DEBTOR COL (ret.) JOE H. BRYANT, JR.

    Jay Max Kilpatrick, Esquire
    Robert L. Wells, Esquire
    YOUNG, WILLIAMS, HENDERSON & FUSELIER
    P.O. Box 23059
    Jackson, MS 39225-3059

    ATTORNEYS FOR DEFENDANTS FRANKLIN E. CHALK, FREDERICK D. FEINSTEIN, ROY A. GRAHAM, BILLY JOE GRESSETT, DONALD E. JONES, LANGFORD L. KNIGHT, WILLIAM F. PARTEN, ROBERT E. PIERCE, ROGER E. SHIRLEY, CHARLES F. STEED, AARON K. WILSON and THOMAS TEMPLE

    LTC F. Gregory Malta
    CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & MARTIN
    1200 Smith Street, Suite 1400
    Houston, TX 77002

    DEFENDANT PRO SE

**To Be Served Via Hand Delivery – Proof of Service to be Filed**

Federal Express Corporation
c/o CT Corporation System
645 Lakeland East Drive
Suite 101
Flowood, Mississippi 39232

GARNISHEE DEFENDANT

This the 15th day of October, 2010.

                By:    s/*E. Barney Robinson III* (MSB #09432)
                       E. Barney Robinson III (MSB #09432)

                      JUDGE ADVOCATE COUNSEL

Jackson 5668508v1