IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOE H. BRYANT, JR.                                                                    PLAINTIFF

v.                                                    CIVIL ACTION NO.  3:05cv179-TSL-FKB

MILITARY DEPARTMENT OF THE
STATE OF MISSISSIPPI, BY AND THROUGH
THE MISSISSIPPI AIR NATIONAL GUARD, FRANKLIN E.
CHALK, FREDERICK D. FEINSTEIN, ROY A.
GRAHAM, BILLY JOE GRESSETT, DONALD E.
JONES, LANGFORD L. KNIGHT, F. GREGORY
MALTA, WILLIAM F. PARTEN, ROBERT E.
PIERCE, ROGER E. SHIRLEY, CHARLES F. STEED,
AARON K. WILSON and THOMAS TEMPLE; and
JOHN DOES 1-20                                                              DEFENDANTS

### NOTICE OF SERVICE OF
### SATISFACTION OF JUDGMENT
### AND
### VOLUNTARY WITHDRAWAL-DISMISSAL OF
### WRIT OF GARNISHMENT TO FEDERAL EXPRESS CORPORATION

TO:    Federal Express Corporation
       c/o CT Corporation System
       645 Lakeland East Drive
       Suite 101
       Flowood, Mississippi 39232
       GARNISHEE DEFENDANT

You are hereby notified that the following documents filed of record by Judgment Creditor

"Military Department of the State of Mississippi, by and through the Mississippi Air National

Guard," [sic] properly known as Mississippi Air National Guard (the "Guard"), are attached and

should be transmitted to Garnishee Defendant Federal Express Corporation:

    (1)    [355] NOTICE of Satisfaction of the September 14, 2010 [347] Final Judgment
           for Costs in Favor of Mississippi Air National Guard by Military Department of
           the State of Mississippi re [347] Order on Motion to Enforce Judgment
           (Robinson, Emerson)

1

(2)     [356] NOTICE of Voluntary Dismissal by Military Department of the State of Mississippi (Robinson, Emerson);

(3)     [357] NOTICE of Voluntary Withdrawal-Dismissal of Writ of Garnishment to Federal Express Corporation by Military Department of the State of Mississippi re [352] Writ Returned, [351] Writ Issued (Robinson, Emerson);

(4)     CM/ECF Notice re: [355];

(5)     CM/ECF Notice re: [356]; and

(6)     CM/ECF Notice re: [357].

This the 18th day of October, 2010.

Respectfully submitted,

MISSISSIPPI AIR NATIONAL GUARD

By:     s/*E. Barney Robinson III* (MSB #09432)
        E. Barney Robinson III (MSB #09432)

ITS JUDGE ADVOCATE COUNSEL

OF COUNSEL:

E. Barney Robinson III (MSB #9432)
LTC, JA, MSARNG
Deputy Joint Staff Judge Advocate
Joint Force Headquarters
200 Renaissance at Colony Park, Suite 1400
1020 Highland Colony Parkway (39157)
Post Office Box 6010
Ridgeland, MS 39158-6010
(P) (601) 948-5711
(F) (601) 985-4500
(E) barney.robinson@us.army.mil

PROOF OF SERVICE - NOTICE OF SERVICE OF
SATISFACTION OF JUDGMENT AND
VOLUNTARY WITHDRAWAL-DISMISSAL OF
WRIT OF GARNISHMENT TO FEDERAL EXPRESS CORPORATION
(Process Server)

Federal Express Corporation, c/o CT Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232_____

Name of Person or Entity Served

  I, The Undersigned Process Server, Served The Notice Of Service Of Satisfaction of Judgment and Voluntary Withdrawal-Dismissal of Writ of Garnishment to Federal Express Corporation upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

  _____FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies of the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender *(Attach completed acknowledgment of receipt pursuant to M.R.C.P.* (Form 1 B).

  X PERSONAL SERVICE. I personally delivered copies to _Joanie Jones_ on the 18th day of October, 2010, where I found said person(s) in Rankin County of the State of Mississippi.

  _____RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ county, State of _____.  I served the Writ of Garnishment with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the Subpoena, and thereafter on the day of _____, 2010, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

  _____CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. *(Attached signed return receipt or other evidence of actual delivery to the person served.)*

  At the time of service I was at least 18 years of age and not a party to this action.

Fee for service: $_____

Process server must list below: *(Please print or type)*

Name _Glen Haynes_
Social Security No. _____
Address _1080 Highland Colony Parkway,_
_Ridgeland, MS 38157_
Telephone No. _601-985-4163_

_Glen Haynes_
Process Server (signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOE H. BRYANT, JR.                                                    PLAINTIFF

v.                                       CIVIL ACTION NO.  3:05cv179-TSL-FKB

MILITARY DEPARTMENT OF THE
STATE OF MISSISSIPPI, BY AND THROUGH
THE MISSISSIPPI AIR NATIONAL GUARD, FRANKLIN E.
CHALK, FREDERICK D. FEINSTEIN, ROY A.
GRAHAM, BILLY JOE GRESSETT, DONALD E.
JONES, LANGFORD L. KNIGHT, F. GREGORY
MALTA, WILLIAM F. PARTEN, ROBERT E.
PIERCE, ROGER E. SHIRLEY, CHARLES F. STEED,
AARON K. WILSON and THOMAS TEMPLE; and
JOHN DOES 1-20                                                    DEFENDANTS

## SATISFACTION OF JUDGMENT

TO THE DISTRICT COURT CLERK OF THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, JACKSON DIVISION:

You are hereby requested and authorized to partially retire the record in the above-styled

and numbered cause, as the September 14, 2010 a [347] Final Judgment for Costs in Favor of

Mississippi Air National Guard (the "Judgment") that was entered in the above referenced case

in the sum of one hundred forty seven and 45/100s dollars ($147.45) in favor of Judgment

Creditor "Military Department of the State of Mississippi, by and through the Mississippi Air

National Guard," [sic] properly known as Mississippi Air National Guard (the "Guard"), against

Judgment Debtor COL (ret.) Joe H. Bryant Jr., has been paid in full by and on behalf Judgment

Debtor COL (ret.) Joe H. Bryant Jr., to the satisfaction of Judgment Creditor the Guard.

1

You are hereby requested and authorized to remove the referenced Judgment rendered in

this cause from the judgment rolls and mark it paid, as that Judgment has been fully satisfied.

This the 15th day of October, 2010.

> Respectfully submitted,
>
> MISSISSIPPI AIR NATIONAL GUARD


By:   s/*E. Barney Robinson III* (MSB #09432)
      E. Barney Robinson III (MSB #09432)

> ITS JUDGE ADVOCATE COUNSEL

OF COUNSEL:

E. Barney Robinson III (MSB #9432)
LTC, JA, MSARNG
Deputy Joint Staff Judge Advocate
Joint Force Headquarters
200 Renaissance at Colony Park, Suite 1400
1020 Highland Colony Parkway (39157)
Post Office Box 6010
Ridgeland, MS 39158-6010
(P) (601) 948-5711
(F) (601) 985-4500
(E) barney.robinson@us.army.mil

2

## CERTIFICATE OF SERVICE

I, LTC E. Barney Robinson III, Deputy Joint Staff Judge Advocate, Joint Force

Headquarters, Mississippi National Guard and Judge Advocate counsel for Judgment Creditor

Mississippi Air National Guard, do certify that I have this day caused a true and correct copy of

the foregoing instrument to be delivered to the following, via the means directed by the United

States District Court CM/ECF System and as otherwise specified below:

Paul A. Koerber
Koerber Law Firm, PLLC
Post Office Box 12805
Jackson, MS  39236-2805

Wayne E. Ferrell Jr.
Wayne E. Ferrell Jr., Attorney
Post Office Box 24448
Jackson, MS  39225-4448

ATTORNEYS FOR JUDGMENT DEBTOR COL (ret.) JOE H. BRYANT, JR.

Jay Max Kilpatrick, Esquire
Robert L. Wells, Esquire
YOUNG, WILLIAMS, HENDERSON & FUSELIER
P.O. Box 23059
Jackson, MS 39225-3059

ATTORNEYS FOR DEFENDANTS FRANKLIN E. CHALK, FREDERICK D.
FEINSTEIN, ROY A. GRAHAM, BILLY JOE GRESSETT, DONALD E. JONES,
LANGFORD L. KNIGHT, WILLIAM F. PARTEN, ROBERT E. PIERCE, ROGER E.
SHIRLEY, CHARLES F. STEED, AARON K. WILSON and THOMAS TEMPLE

LTC F. Gregory Malta
CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & MARTIN
1200 Smith Street, Suite 1400
Houston, TX 77002

DEFENDANT PRO SE

**To Be Served Via Hand Delivery – Proof of Service to be Filed**

Federal Express Corporation
c/o CT Corporation System
645 Lakeland East Drive
Suite 101
Flowood, Mississippi 39232

GARNISHEE DEFENDANT

This the 15th day of October, 2010.

By:     s/*E. Barney Robinson III* (MSB #09432)
           E. Barney Robinson III (MSB #09432)

JUDGE ADVOCATE COUNSEL

Jackson 5662532v1

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOE H. BRYANT, JR.                                                                    PLAINTIFF

v.                                                    CIVIL ACTION NO.  3:05cv179-TSL-FKB

MILITARY DEPARTMENT OF THE
STATE OF MISSISSIPPI, BY AND THROUGH
THE MISSISSIPPI AIR NATIONAL GUARD, FRANKLIN E.
CHALK, FREDERICK D. FEINSTEIN, ROY A.
GRAHAM, BILLY JOE GRESSETT, DONALD E.
JONES, LANGFORD L. KNIGHT, F. GREGORY
MALTA, WILLIAM F. PARTEN, ROBERT E.
PIERCE, ROGER E. SHIRLEY, CHARLES F. STEED,
AARON K. WILSON and THOMAS TEMPLE; and
JOHN DOES 1-20                                                                      DEFENDANTS

**NOTICE OF VOLUNTARY WITHDRAWAL-DISMISSAL OF
WRIT OF GARNISHMENT TO FEDERAL EXPRESS CORPORATION**

TO:    Federal Express Corporation
       c/o CT Corporation System
       645 Lakeland East Drive
       Suite 101
       Flowood, Mississippi 39232

       GARNISHEE DEFENDANT

       You are hereby notified that pursuant to applicable law, including, Fed. R. Civ. P.

41(a)(1)(A)(i), Judgment Creditor "Military Department of the State of Mississippi, by and

through the Mississippi Air National Guard," [sic] properly known as Mississippi Air National

Guard (the "Guard"), hereby withdraws and dismisses the October 5, 2010 [351] Writ of

Garnishment  in the sum of one hundred forty seven and 45/100s dollars ($147.45) directed to

Garnishee Defendant Federal Express Corporation, as the September 14, 2010 a [347] Final

Judgment for Costs in Favor of Mississippi Air National Guard that was entered in the above

1

referenced case, has been paid in full by and on behalf Judgment Debtor COL (ret.) Joe H.

Bryant Jr., to the satisfaction of Judgment Creditor the Guard.

This the 15th day of October, 2010.

Respectfully submitted,

MISSISSIPPI AIR NATIONAL GUARD


By:    s/*E. Barney Robinson III* (MSB #09432)
       E. Barney Robinson III (MSB #09432)

ITS JUDGE ADVOCATE COUNSEL

OF COUNSEL:

E. Barney Robinson III (MSB #9432)
LTC, JA, MSARNG
Deputy Joint Staff Judge Advocate
Joint Force Headquarters
200 Renaissance at Colony Park, Suite 1400
1020 Highland Colony Parkway (39157)
Post Office Box 6010
Ridgeland, MS 39158-6010
(P) (601) 948-5711
(F) (601) 985-4500
(E) barney.robinson@us.army.mil

2

## CERTIFICATE OF SERVICE

I, LTC E. Barney Robinson III, Deputy Joint Staff Judge Advocate, Joint Force Headquarters, Mississippi National Guard and Judge Advocate counsel for Judgment Creditor Mississippi Air National Guard, do certify that I have this day caused a true and correct copy of the foregoing instrument to be delivered to the following, via the means directed by the United States District Court CM/ECF System and as otherwise specified below:

Paul A. Koerber
Koerber Law Firm, PLLC
Post Office Box 12805
Jackson, MS 39236-2805

Wayne E. Ferrell Jr.
Wayne E. Ferrell Jr., Attorney
Post Office Box 24448
Jackson, MS 39225-4448

ATTORNEYS FOR JUDGMENT DEBTOR COL (ret.) JOE H. BRYANT, JR.

Jay Max Kilpatrick, Esquire
Robert L. Wells, Esquire
YOUNG, WILLIAMS, HENDERSON & FUSELIER
P.O. Box 23059
Jackson, MS 39225-3059

ATTORNEYS FOR DEFENDANTS FRANKLIN E. CHALK, FREDERICK D. FEINSTEIN, ROY A. GRAHAM, BILLY JOE GRESSETT, DONALD E. JONES, LANGFORD L. KNIGHT, WILLIAM F. PARTEN, ROBERT E. PIERCE, ROGER E. SHIRLEY, CHARLES F. STEED, AARON K. WILSON and THOMAS TEMPLE

LTC F. Gregory Malta
CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & MARTIN
1200 Smith Street, Suite 1400
Houston, TX 77002

DEFENDANT PRO SE

3

**To Be Served Via Hand Delivery – Proof of Service to be Filed**

Federal Express Corporation
c/o CT Corporation System
645 Lakeland East Drive
Suite 101
Flowood, Mississippi 39232

GARNISHEE DEFENDANT

This the 15th day of October, 2010.

By: s/*E. Barney Robinson III* (MSB #09432)
   E. Barney Robinson III (MSB #09432)

JUDGE ADVOCATE COUNSEL

Jackson 5668508v1

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOE H. BRYANT, JR.                                                                          PLAINTIFF

v.                                                      CIVIL ACTION NO.  3:05cv179-TSL-FKB

MILITARY DEPARTMENT OF THE
STATE OF MISSISSIPPI, BY AND THROUGH
THE MISSISSIPPI AIR NATIONAL GUARD, FRANKLIN E.
CHALK, FREDERICK D. FEINSTEIN, ROY A.
GRAHAM, BILLY JOE GRESSETT, DONALD E.
JONES, LANGFORD L. KNIGHT, F. GREGORY
MALTA, WILLIAM F. PARTEN, ROBERT E.
PIERCE, ROGER E. SHIRLEY, CHARLES F. STEED,
AARON K. WILSON and THOMAS TEMPLE; and
JOHN DOES 1-20                                                                         DEFENDANTS

## NOTICE OF VOLUNTARY WITHDRAWAL-DISMISSAL OF
## WRIT OF GARNISHMENT TO FEDERAL EXPRESS CORPORATION

TO:     Federal Express Corporation
        c/o CT Corporation System
        645 Lakeland East Drive
        Suite 101
        Flowood, Mississippi 39232

        GARNISHEE DEFENDANT

        You are hereby notified that pursuant to applicable law, including, Fed. R. Civ. P.

41(a)(1)(A)(i), Judgment Creditor "Military Department of the State of Mississippi, by and

through the Mississippi Air National Guard," [sic] properly known as Mississippi Air National

Guard (the "Guard"), hereby withdraws and dismisses the October 5, 2010 [351] Writ of

Garnishment  in the sum of one hundred forty seven and 45/100s dollars ($147.45) directed to

Garnishee Defendant Federal Express Corporation, as the September 14, 2010 a [347] Final

Judgment for Costs in Favor of Mississippi Air National Guard that was entered in the above

1

referenced case, has been paid in full by and on behalf Judgment Debtor COL (ret.) Joe H.

Bryant Jr., to the satisfaction of Judgment Creditor the Guard.

This the 15th day of October, 2010.

Respectfully submitted,

MISSISSIPPI AIR NATIONAL GUARD


By:     s/*E. Barney Robinson III* (MSB #09432)
        E. Barney Robinson III (MSB #09432)

ITS JUDGE ADVOCATE COUNSEL

OF COUNSEL:

E. Barney Robinson III (MSB #9432)
LTC, JA, MSARNG
Deputy Joint Staff Judge Advocate
Joint Force Headquarters
200 Renaissance at Colony Park, Suite 1400
1020 Highland Colony Parkway (39157)
Post Office Box 6010
Ridgeland, MS 39158-6010
(P) (601) 948-5711
(F) (601) 985-4500
(E) barney.robinson@us.army.mil

2

## CERTIFICATE OF SERVICE

I, LTC E. Barney Robinson III, Deputy Joint Staff Judge Advocate, Joint Force

Headquarters, Mississippi National Guard and Judge Advocate counsel for Judgment Creditor

Mississippi Air National Guard, do certify that I have this day caused a true and correct copy of

the foregoing instrument to be delivered to the following, via the means directed by the United

States District Court CM/ECF System and as otherwise specified below:

Paul A. Koerber
Koerber Law Firm, PLLC
Post Office Box 12805
Jackson, MS  39236-2805

Wayne E. Ferrell Jr.
Wayne E. Ferrell Jr., Attorney
Post Office Box 24448
Jackson, MS  39225-4448

ATTORNEYS FOR JUDGMENT DEBTOR COL (ret.) JOE H. BRYANT, JR.

Jay Max Kilpatrick, Esquire
Robert L. Wells, Esquire
YOUNG, WILLIAMS, HENDERSON & FUSELIER
P.O. Box 23059
Jackson, MS 39225-3059

ATTORNEYS FOR DEFENDANTS FRANKLIN E. CHALK, FREDERICK D.
FEINSTEIN, ROY A. GRAHAM, BILLY JOE GRESSETT, DONALD E. JONES,
LANGFORD L. KNIGHT, WILLIAM F. PARTEN, ROBERT E. PIERCE, ROGER E.
SHIRLEY, CHARLES F. STEED, AARON K. WILSON and THOMAS TEMPLE

LTC F. Gregory Malta
CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & MARTIN
1200 Smith Street, Suite 1400
Houston, TX 77002

DEFENDANT PRO SE

3

**To Be Served Via Hand Delivery – Proof of Service to be Filed**

Federal Express Corporation
c/o CT Corporation System
645 Lakeland East Drive
Suite 101
Flowood, Mississippi 39232

GARNISHEE DEFENDANT

This the 15th day of October, 2010.

By:     s/*E. Barney Robinson III* (MSB #09432)
          E. Barney Robinson III (MSB #09432)

JUDGE ADVOCATE COUNSEL

Jackson 5668508v1

4

| | |
|---|---|
| **From:** | cmecfhelpdesk@mssd.uscourts.gov |
| **Sent:** | Friday, October 15, 2010 5:02 PM |
| **To:** | Courtmail@mssd.uscourts.gov |
| **Subject:** | Activity in Case 3:05-cv-00179-TSL -FKB Bryant v. Military Department of the State of Mississippi et al Notice (Other) |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered by Robinson, Emerson on 10/15/2010 at 5:02 PM CDT and filed on 10/15/2010

| | |
|---|---|
| **Case Name:** | Bryant v. Military Department of the State of Mississippi et al |
| **Case Number:** | 3:05-cv-00179-TSL -FKB |
| **Filer:** | Military Department of the State of Mississippi |

**WARNING: CASE CLOSED on 01/13/2009**
**Document Number:** 355

**Docket Text:**
**NOTICE** *of Satisfaction of the September 14, 2010 [347] Final Judgment for Costs in Favor of Mississippi Air National Guard* **by Military Department of the State of Mississippi re [347] Order on Motion to Enforce Judgment (Robinson, Emerson)**

**3:05-cv-00179-TSL -FKB Notice has been electronically mailed to:**

Emerson Barney Robinson , III     barney.robinson@butlersnow.com, ecf.notices@butlersnow.com, joyce.smith@butlersnow.com

F. Gregory Malta     greg.malta@msjack.ang.af.mil

Jay Max Kilpatrick     jay.kilpatrick@youngwilliams.com

Paul A. Koerber     psaklaw@aol.com

Robert L. Wells     rwells@youngwilliams.com

Wayne E. Ferrell , Jr    wferrell@airlawonline.com, dcrosby@airlawonline.com

**3:05-cv-00179-TSL -FKB Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=10/15/2010] [FileNumber=2389693-0] [839da7e918b11efb90707acdcdba25a2a5c62032b497137dd18d8ecfca46c8e130e3dc3b9bdd3892a2f95ba854ece842159bf3b633ccd02cbccdf4a194f9980d]]

| | |
|---|---|
| **From:** | cmecfhelpdesk@mssd.uscourts.gov |
| **Sent:** | Friday, October 15, 2010 5:04 PM |
| **To:** | Courtmail@mssd.uscourts.gov |
| **Subject:** | Activity in Case 3:05-cv-00179-TSL -FKB Bryant v. Military Department of the State of Mississippi et al Notice of Voluntary Dismissal |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered by Robinson, Emerson on 10/15/2010 at 5:04 PM CDT and filed on 10/15/2010

| | |
|---|---|
| **Case Name:** | Bryant v. Military Department of the State of Mississippi et al |
| **Case Number:** | 3:05-cv-00179-TSL -FKB |
| **Filer:** | Military Department of the State of Mississippi |

**WARNING: CASE CLOSED on 01/13/2009**

**Document Number:** 356

**Docket Text:**
**NOTICE of Voluntary Dismissal by Military Department of the State of Mississippi (Robinson, Emerson)**

**3:05-cv-00179-TSL -FKB Notice has been electronically mailed to:**

Emerson Barney Robinson , III    barney.robinson@butlersnow.com, ecf.notices@butlersnow.com, joyce.smith@butlersnow.com

F. Gregory Malta    greg.malta@msjack.ang.af.mil

Jay Max Kilpatrick    jay.kilpatrick@youngwilliams.com

Paul A. Koerber    psaklaw@aol.com

Robert L. Wells    rwells@youngwilliams.com

Wayne E. Ferrell , Jr    wferrell@airlawonline.com, dcrosby@airlawonline.com

**3:05-cv-00179-TSL -FKB Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=10/15/2010] [FileNumber=2389702-
0] [a5430cb11faccf7c4fe88ca7c8b9f2ad1fea8e294df139011d55c1432f2d04802a
1512de631694bbe49cfb033d8faed14b762913f2d1bb543a5f95e6e6c24530]]

| From: | cmecfhelpdesk@mssd.uscourts.gov |
|---|---|
| Sent: | Friday, October 15, 2010 5:07 PM |
| To: | Courtmail@mssd.uscourts.gov |
| Subject: | Activity in Case 3:05-cv-00179-TSL -FKB Bryant v. Military Department of the State of Mississippi et al Notice (Other) |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered by Robinson, Emerson on 10/15/2010 at 5:07 PM CDT and filed on 10/15/2010

| Case Name: | Bryant v. Military Department of the State of Mississippi et al |
|---|---|
| Case Number: | 3:05-cv-00179-TSL -FKB |
| Filer: | Military Department of the State of Mississippi |

**WARNING: CASE CLOSED on 01/13/2009**
**Document Number:** 357

**Docket Text:**
**NOTICE** *of Voluntary Withdrawal-Dismissal of Writ of Garnishment to Federal Express Corporation* **by Military Department of the State of Mississippi re [352] Writ Returned, [351] Writ Issued (Robinson, Emerson)**


**3:05-cv-00179-TSL -FKB Notice has been electronically mailed to:**

Emerson Barney Robinson , III     barney.robinson@butlersnow.com, ecf.notices@butlersnow.com, joyce.smith@butlersnow.com

F. Gregory Malta     greg.malta@msjack.ang.af.mil

Jay Max Kilpatrick     jay.kilpatrick@youngwilliams.com

Paul A. Koerber     psaklaw@aol.com

Robert L. Wells     rwells@youngwilliams.com

Wayne E. Ferrell , Jr    wferrell@airlawonline.com, dcrosby@airlawonline.com

**3:05-cv-00179-TSL -FKB Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=10/15/2010] [FileNumber=2389705-
0] [b54952495ef466e402e852d4615ec05b79909e343052e099c5049dfd506444eebc
f956842a38394a0e1c086fee38e22083e7e176080628dd5f3a7c985c888abb]]