IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOE H. BRYANT, JR.                                                                                          PLAINTIFF

v.                                                      CIVIL ACTION NO.  3:05cv179-TSL-JCS

MILITARY DEPARTMENT OF THE
STATE OF MISSISSIPPI, BY AND THROUGH
THE MISSISSIPPI AIR NATIONAL GUARD, FRANKLIN E.
CHALK, FREDERICK D. FEINSTEIN, ROY A.
GRAHAM, BILLY JOE GRESSETT, DONALD E.
JONES, LANGFORD L. KNIGHT, F. GREGORY
MALTA, WILLIAM F. PARTEN, ROBERT E.
PIERCE, ROGER E. SHIRLEY, CHARLES F. STEED,
AARON K. WILSON and THOMAS TEMPLE; and
JOHN DOES 1-20                                                                                        DEFENDANTS

**SATISFACTION OF JUDGMENT**

TO THE DISTRICT COURT CLERK OF THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, JACKSON DIVISION:

You are hereby requested and authorized to partially retire the record in the above-styled and numbered cause, as the "Final Judgment for Costs in Favor of Franklin E. Chalk, Frederick D. Feinstein, Roy A. Graham, Billy Joe Gressett, Donald E. Jones, Langford L. Knight, William F. Parten, Robert E. Pierce, Roger E. Shirley, Charles F. Steed, Aaron K. Wilson and Thomas Temple" (the "Judgment") that was entered in the above referenced case in the sum of one hundred seventy five and 95/100 dollars ($175.95) in favor of Judgment Creditors Franklin E. Chalk, Frederick D. Feinstein, Roy A. Graham, Billy Joe Gressett, Donald E. Jones, Langford L. Knight, William F. Parten, Robert E. Pierce, Roger E. Shirley, Charles F. Steed, Aaron K. Wilson and Thomas Temple ("Judgment Creditors"), against Judgment Debtor COL (ret.) Joe H. Bryant Jr., has been paid in full by and on behalf of Judgment Debtor COL (ret.) Joe H. Bryant Jr., to the satisfaction of Judgment Creditors.  You are hereby requested and authorized to

1

remove the referenced Judgment rendered in this cause from the judgment rolls and mark it paid, as that Judgment has been fully satisfied.

This the 20th day of October, 2010.

>Respectfully submitted,
>
>FRANKLIN E. CHALK, FREDERICK D. FEINSTEIN, ROY A. GRAHAM, BILLY JOE GRESSETT, DONALD E. JONES, LANGFORD L. KNIGHT, WILLIAM F. PARTEN, ROBERT E. PIERCE, ROGER E. SHIRLEY, CHARLES F. STEED, AARON K. WILSON and THOMAS TEMPLE
>
>By: /s/ *Jay M. Kilpatrick*
>JAY M. KILPATRICK

OF COUNSEL:
Jay Max Kilpatrick (MSB #100136)
J. Scott Magee (MSB # 103667)
YOUNGWILLIAMS P.A.
P. O. Box 23059
Jackson, MS 39225-3059

**CERTIFICATE OF SERVICE**

I, Jay M. Kilpatrick, counsel for defendants FRANKLIN E. CHALK, FREDERICK D. FEINSTEIN, ROY A. GRAHAM, BILLY JOE GRESSETT, DONALD E. JONES, LANGFORD L. KNIGHT, WILLIAM F. PARTEN, ROBERT E. PIERCE, ROGER E. SHIRLEY, CHARLES F. STEED, AARON K. WILSON and THOMAS TEMPLE do certify that I have this day caused a true and correct copy of the foregoing instrument to be delivered to the following, via the means directed by the United States District Court CM/ECF System:

> E. Barney Robinson III
> LTC, JA, MSARNG
> Deputy Staff Judge Advocate
> Joint Force Headquarters
> Post Office Box 60120
> Ridgeland, MS  39158-6010
> ATTORNEY FOR THE MISSISSIPPI AIR NATIONAL GUARD

> Paul A. Koerber (MSB #4239)
> Koerber Law Firm, PLLC
> Post Office Box 12805
> Jackson, MS  39236-2805

> Wayne E. Ferrell Jr.
> Wayne E. Ferrell Jr., Attorney
> Post Office Box 24448
> Jackson, MS 39225-4448
> ATTORNEYS FOR PLAINTIFF COL JOE H. BRYANT, JR.

> LTC F. Gregory Malta
> CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & MARTIN
> 1200 Smith Street, Suite 1400

Houston, TX  77002

DEFENDANT PRO SE

This the 20th day of October, 2010.

/s/  *Jay M. Kilpatrick*

Jay M. Kilpatrick